IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RANDY ALLAN MERRILL,<br><br>Defendant. | 4:20CR3040<br><br>**ORDER** |

Based on the evidence before the court, Defendant has violated the conditions of Defendant's supervised release by using illegal drugs, failing to show up for scheduled drug testing, failing to maintain contact with his supervising officer, and failing to report contacts with law enforcement. After considering available options, and with the consent of the defendant's supervising officer and the government,

IT IS ORDERED that Defendant's motion, (Filing No. 13), is granted, and Defendant is released subject to the following:

1) Defendant shall appear at a revocation hearing to commence before the Honorable John M. Gerrard, Chief United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 2:30 p.m. on July 23, 2021.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing, and the following additional conditions:

    a. When an opening becomes available, Defendant shall reside in the Residential Reentry Center, Dismas in Kearney, Nebraska (RRC), for a period of up to 180 days in the correctional component, to commence at the direction of

      the probation officer. Defendant shall observe the rules of that facility. Defendant may be discharged earlier than 180 days by the probation officer if he is determined to be in full compliance with the conditions of supervision.

b. If the defendant is discharged from the RRC for any reason whatsoever, or leaves the premises of the facility without authorization, he shall promptly report to his supervising officer, the United States Marshal, and/or any law enforcement officer. Irrespective of whether the defendant self-reports, if defendant is discharged from or leaves RRC without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

c. The probation officer assigned to this matter shall assist counsel with the preparation of the necessary paper work.

d. This order does not moot the pending petition for an offender under supervision.

Dated this 17th day of June, 2021.

                                        BY THE COURT:

                                      s/ John M. Gerrard
                                      Chief United States District Judge