IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>RANDY ALLAN MERRILL,<br><br>　　　　　　　Defendant. | 4:20CR3040<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion for temporary modification of pretrial release, (Filing No. 22), is granted.

2) Defendant is temporarily released from custody forthwith and is required to return to the Phelps County jail no later than 5:00 p.m. Sunday, August1, 2021.

3) While on temporary release, Mr. Merrill will stay with his former landlord and boss, Terry Kincheloe.

4) While on temporary release, Mr. Merrill shall report to his supervising officer daily by telephone

5) Prior to departing from the Phelps County Jail, Defendant (or his counsel) shall provide information to pretrial services outlining contact numbers, and Defendant's transportation arrangements and lodging address for the trip.

July 28, 2021.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge